# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: DIRECT STREAM, LLC | : | |
| Debtor. | : | |
| _____ | : | |
| BRANDON FREEMAN, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 20-660-MN |
| | : | Bankruptcy Case No. 20-10534 (MFW) |
| SWOOP SEARCH, LLC, | : | Bankruptcy BAP No. 20-10 |
| Appellee. | : | |
| _____ | : | |
| IN RE: DIRECT STREAM FEDERAL, LLC | : | |
| Debtor. | : | |
| _____ | : | |
| BRANDON W. FREEMAN, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 20-661-MN |
| | : | Bankruptcy Case No. 20-10535 (MFW) |
| SWOOP SEARCH, LLC, | : | Bankruptcy BAP No. 20-11 |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **15th** day of **June, 2020.**

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information

from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, this Recommendation involves two related Bankruptcy Court appeals.  As a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The parties request that the following briefing schedule be entered:

| | |
|---|---|
| Appellant's Opening Brief | July 15, 2020 |
| Appellee's Answering Brief | August 14, 2020 |
| Appellant's Reply Brief | August 28, 2020 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated since it is consistent with the parties' joint request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge