IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: DIRECT STREAM, LLC, | ) ) ) | Chapter 11 Case No. 20-10534 (MFW) |
| Debtor. | ) | |
| BRANDON FREEMAN, | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | C.A. No. 20-660 (MN) BAP No. 20-10 |
| SWOOP SEARCH, LLC, | ) ) | |
| Appellee. | ) | |
| IN RE: DIRECT STREAM FEDERAL, LLC, | ) ) ) | Chapter 11 Case No. 20-10535 (MFW) |
| Debtor. | ) | |
| BRANDON W. FREEMAN, | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | C.A. No. 20-661 (MN) BAP No. 20-11 |
| SWOOP SEARCH, LLC, | ) ) | |
| Appellee. | ) | |

**ORDER**

WHEREAS, on June 15, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 6 in both C.A. No. 20-660 & 20-661) recommending that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' joint request (D.I. 6 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 17th day of June 2020 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 6 at 2):

> Appellant's Opening Brief – July 15, 2020
>
> Appellee's Answering Brief – August 14, 2020
>
> Appellant's Reply Brief – August 28, 2020.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court